1  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Plaintiffs
   MICROSOFT CORPORATION and MICROSOFT
7  LICENSING

8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11
   MICROSOFT CORPORATION, a              Case No. CV 09-8816 ABC (RCx)
12 Washington corporation, and
   MICROSOFT LICENSING, GP, a
13 Nevada general partnership,            [~~PROPOSED~~] ORDER RE
                                          STIPULATED PERMANENT
14              Plaintiffs,               INJUNCTION AGAINST
                                          DEFENDANTS
15      v.

16 TECHNOLOGY ONE ONLINE, a
   California corporation f/k/a
17 TECHNOLOGY ONE CORP. d/b/a
   SAVEINTHEUSA.COM; ISAAC
18 COHEN a/k/a ISAAC K.
   KOHANIAN, an individual; MORRIS
19 COHEN a/k/a MORRIS KOHANIAN,
   an individual; MARYAM
20 GHERMAZYAN, an individual and
   JAMES AMME, an individual,
21
                Defendants.
22

23
24      Pursuant to the stipulation of the parties and good cause appearing therefore,
25 IT IS ORDERED that Defendants Technology One Online, a California corporation
26 formerly known as Technology One Corp., and doing business as
27 www.saveintheusa.com, Isaac Cohen also known as Isaac K. Kohanian, Morris
28 Cohen, also known as Morris K. Kohanian, and Maryam Ghermazyan

                                      1.

("Defendants"), along with their agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

      (a)    knowingly interfering with Microsoft's prospective economic advantage by intentional wrongful act designed to disrupt the relationship resulting in the acquisition of Microsoft Developer Network Subscriptions ("MSDN Subscriptions") and/or the benefits provided through the MSDN Subscriptions;

      (b)    knowingly interfering with Microsoft's contractual relationships by intentional act designed to induce a breach or disruption of the contractual relationship resulting in the acquisition of MSDN Subscriptions and/or the benefits provided through the MSDN Subscriptions;

      (c)    obtaining MSDN Subscriptions and/or the benefits provided through the MSDN Subscriptions, through fraudulent misrepresentation;

      (d)    conversion of MSDN Subscriptions and/or the benefits provided through the MSDN Subscriptions, through any of the activities referred to in paragraphs (a) and (c) above;

      (e)    knowingly assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (d) above.

**IT IS SO ORDERED.**

Dated: August 12, 2011

_____
HON. AUDREY B. COLLINS
United States District Court Judge

41826-5307/LEGAL21505811.1